UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————X

United States of America,

                                    Plaintiff,

        -against-

                                                            Case No. 7:18-mj-2348

Jeffrey G. Wansley

                                    Defendant.

————————————————————— - —X

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

                                        SO ORDERED.


                                        _____
                                        Hon. Martin R. Goldberg
                                        United States Magistrate Judge


Dated: 26th day of August 2022
        Poughkeepsie, New York